[No. 73578-1-I.   Division One.   May 23, 2016.]

*In the Matter of the Personal Restraint of* JORRELL AVERY HICKS, *Petitioner.*

Petition for relief from personal restraint. *Granted* and *remanded with instructions* by unpublished per curiam opinion.

[No. 74259-1-I.   Division One.   May 23, 2016.]

*In the Matter of the Dependency of* A.T.B.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent,* v. KYLE BOX, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 15-7-00225-7, Deborra Garrett, J., entered October 20, 2015. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 74849-1-I.   Division One.   May 23, 2016.]

SANDRA J. KEATLEY, *Respondent,* v. DUANE BRUNER, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 11-3-00095-2, Marilyn K. Haan, J., entered April 24, 2015. *Affirmed* by unpublished opinion per Becker, J., concurred in by Verellen, C.J., and Trickey, J.

[No. 46250-8-II.   Division Two.   May 24, 2016.]

THE STATE OF WASHINGTON, *Respondent,* v. TIMOTHY J. ROHN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 13-1-04802-9, Elizabeth P. Martin, J., entered May 9, 2014. *Affirmed* by unpublished opinion per Bjorgen, C.J., concurred in by Worswick and Lee, JJ.